JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WORLD MECHANICAL INC., <br><br> Defendant. | Case No. 2:23-cv-05919-JLS-SK <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to the Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement between Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and Defendant World Mechanical, Inc., and good cause appearing therefore, it is hereby ordered that this action is dismissed without prejudice. The Court retains jurisdiction of the action and the parties to enforce the terms of their Settlement Agreement.

Dated: September 15, 2023

_____
Honorable Josephine L. Staton
United States District Court Judge