J. PAUL MOORHEAD (SBN 240029)
pmoorhead@bushgottlieb.com
ADRIAN R. BUTLER (SBN 332191)
abutler@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al.<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD MECHANICAL, INC., a California corporation<br><br>Defendant. | **Case No. 2:23-cv-05919-JLS-SK**<br><br>**NOTICE MOTION AND MOTION BY PLAINTIFFS TO REOPEN CASE AND ENTER JUDGMENT AGAINST DEFENDANT PURSUANT TO SETTLEMENT AGREEMENT AND STIPULATION**<br><br>Hearing Information:<br>Date:  March 8, 2024<br>Time:  10:30 a.m.<br>Court:  Courtroom 8A<br>         350 W, 1st Street<br>         Los Angeles, CA 90012<br>Judge:  Hon. Josephine L. Staton |

932862v1 11157-32003

NOTICE OF MOTION AND MOTION

TO THE HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT COURT JUDGE, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 58, Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al. ("Trustees") will move this Court, the Honorable Josephine L. Staton, United States District Judge presiding, on March 8, 2024, at 10:30 a.m. in Courtroom 8A of the United States District Court, for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, to reopen this case and enter judgment for $47,530.89 in favor of the Trustees and against Defendant World Mechanical, Inc.

This Motion is supported by the Memorandum of Points and Authorities, Declaration of J. Paul Moorhead and Proposed Judgment, filed concurrently with this notice.

A conference of counsel pursuant to L.R. 7-3 did not take place prior to the filing of this Motion. *See* Declaration of J. Paul Moorhead, ¶ 12.

Dated:  February 5, 2024            BUSH GOTTLIEB, A Law Corporation

By:   /s/ J. Paul Moorhead
       J. PAUL MOORHEAD
       ADRIAN R. BUTLER
Attorneys for Plaintiffs, Trustees of the
Southern California Pipe Trades Health and
Welfare Trust Fund, et al.